IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN W. DUNIGAN,

      Plaintiff,                               CIV-S-05-1054 DFL GGH PS

   vs.

CA. DEPT. OF CORRECTIONS, et al.,

      Defendants.                         ORDER

_____/

      On November 23, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

      Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed November 23, 2005, are ADOPTED; and

2. The complaint is dismissed with prejudice.[1]

DATED: 5/18/2006

_____
DAVID F. LEVI
United States District Judge

---

[1] The court would not ordinarily dismiss the complaint with prejudice. However, because plaintiff made no objection to the recommendation of a dismissal with prejudice, it appears that plaintiff is not interested in further pursuing this action.

2